| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **DO@King Plow Arts Center LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2435823** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **517 Jones Ave.**  **Atlanta, GA 30314**  Number, Street, City, State & ZIP Code | _____  P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton**  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | _____ |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **DO@King Plow Arts Center LLC**     Case number (*if known*) _____
Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Nacasha Leca Ruffin** | | Relationship | |
|---|---|---|---|---|---|
| | District | **Northern District of Georgia** | When **1/02/20** | Case number, if known | |

Debtor **DO@King Plow Arts Center LLC** _____ Case number (_if known_) _____
    Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in _this district?_** | _Check all that apply:_ <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (_Check all that apply._) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other <br><br> **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>       Contact name _____ <br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | _Check one:_ <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000 <br> ☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000 <br> ☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  **DO@King Plow Arts Center LLC**_____  Case number (*if known*)_____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 2, 2020**
             MM / DD / YYYY

X **/s/ Nacasha Leca Ruffin**_____     **Nacasha Leca Ruffin**_____
Signature of authorized representative of debtor        Printed name

Title _____

**18. Signature of attorney**

X **/s/ William A. Rountree**_____     Date **January 2, 2020**_____
Signature of attorney for debtor                              MM / DD / YYYY

**William A. Rountree**_____
Printed name

**Rountree, Leitman & Klein, LLC**_____
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone  **404-584-1244**_____   Email address  **swenger@rlklawfirm.com**_____

**616503 GA**_____
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Fill in this information to identify the case:

Debtor name: **DO@King Plow Arts Center LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ADP** 5800 Windward Pkwy, MS B301 Alpharetta, GA 30005 | courtney.miller@adp.com | | | | | $18,000.00 |
| **American Express Delta Card** c/o Zwicker & Associates 3505 Koger Blvd. Ste 125 Duluth, GA 30096 | fax 678-924-9652 678 924-9644 | | | | | $5,148.44 |
| **American Express Platinum** c/o Zwicker & Associates 3505 Koger Blvd Ste 125 Andover, MA 01810 | FAX 678 924-9652 678-924-9644 | | | | | $79,295.01 |
| **ARF ( Advanced Rest. Finance)** c/o Benjamin E. Kelly PS 9218 Rossevelt Way NE Seattle, WA 98115 | fax 206365-0575 | | | | | $68,000.00 |
| **Arthur E. Ferdinand Tax Commissioner** 141 Pryor St. Atlanta, GA 30303 | 4046136100 | | | | | $20,682.43 |
| **Arthur E. Ferdinand Tax Commissioner** 141 Pryor St. Atlanta, GA 30303 | | 0 Jones Ave NW | | | | $16,255.58 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **DO@King Plow Arts Center LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arthur E. Ferdinand Tax Commissioner 141 Pryor St. Atlanta, GA 30303** | | **514 Western Ave NW** | | | | $4,794.84 |
| **Arthur E. Ferdinand Tax Commissioner 141 Pryor St. Atlanta, GA 30303** | | **511 Jones Ave.** | | | | $3,469.25 |
| **Arthur E. Ferdinand Tax Commissioner 141 Pryor St. Atlanta, GA 30303** | | **Maple St. NW** | | | | $942.22 |
| **Capital One Spark 1680 Capital One Dr. Mc Lean, VA 22102** | **FAX 804-968-3550** | | | | | $35,000.00 |
| **Georgia Department of Labor 148 Andew Young Int'l Blvd. NE Atlanta, GA 30303** | | | | | | $369.30 |
| **Georgia Department of Labor 148 Andew Young Int'l Blvd. NE Atlanta, GA 30303** | | | | | | $345.75 |
| **Georgia Department of Revenue 1800 Centrury Center Blvd Suite 9100 Atlanta, GA 30345** | **bheinz@law.ga.gov** | | | | | $26,885.83 |
| **Investa Services GSRAN-Z Servicing Acct. FIS Lockbox, 100 Grove Rd. Ste F-2 Atlanta, GA 30303** | **Contact@investaservices.com** | **511 Jones Ave** | | $2,132.95 | $0.00 | $2,132.95 |
| **Investa Services GSRAN-Z Servicing Acct FIS Lockbox, 100 Grove Rd. Ste F-2 Paulsboro, NJ 08066** | **Contact@investaservices.com** | **511 Jones Ave NW** | | $4,740.32 | $0.00 | $4,740.32 |
| **Investa Services GSRAN-Z Servicing Acct FIS Lockbox, 100 Grove Rd. Ste F D Paulsboro, NJ 08066** | **Contact@investaservices.com** | | | | | $2,132.95 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **DO@King Plow Arts Center LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Opentable, Inc.**  **29109 Network Place**  **Chicago, IL 60673** | fax 415 267-0936 | | | | | **$2,300.00** |
| **SunTrust**  **7455 Chancellor Dr.**  **Orlando, FL 32809** | | | | | | **$37,000.00** |
| **Sysco Atlanta, LLC.**  **2225 Riverdale Rd**  **Atlanta, GA 30337** | knott.cynthia@va.sysco.com | | | | | **$16,913.35** |
| **Whaley Parts and Supply**  **Biehl & Biehl Inc**  **325 E. Fullerton Ave**  **Carol Stream, IL 60188** | | | | | | **$570.63** |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **DO@King Plow Arts Center LLC**                               Case No.
                              Debtor(s)                                Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  2, 2020**                        **/s/ Nacasha Leca Ruffin**
                                                    **Nacasha Leca Ruffin**/
                                                    Signer/Title

.

ACE(Acess Capital For Entrepeneurs)
504 Fair St. SW

ADP
5800 Windward Pkwy, MS B301
Alpharetta, GA 30005

AHA Consulting
Schulten Ward Turner & Weiss
260 Peachtree St. NE
Atlanta, GA 30303

American Express Delta Card
c/o Zwicker & Associates
3505 Koger Blvd. Ste 125
Duluth, GA 30096

American Express Platinum
c/o Zwicker & Associates
3505 Koger Blvd Ste 125
Andover, MA 01810

ARF ( Advanced Rest. Finance)
c/o Benjamin E. Kelly PS
9218 Rossevelt Way NE
Seattle, WA 98115

Arthur E. Ferdinand Tax Commissioner
141 Pryor St.
Atlanta, GA 30303

Capital  One Spark
1680 Capital One Dr.
Mc Lean, VA 22102

```
CenterState Bank
3565 Piedmont Rd, NE
Bldg. 3, Suite 210
Atlanta, GA 30305



Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303



Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101



Invest Atlanta
133 Peachtree St. NE
Suite 2900
Atlanta, GA 30303



Investa Services
GSRAN-Z Servicing Acct. FIS
Lockbox, 100 Grove Rd. Ste F-2
Atlanta, GA 30303



Investa Services
GSRAN-Z Servicing Acct FIS
Lockbox, 100 Grove Rd. Ste F D
Paulsboro, NJ 08066



Investa Services
GSRAN-Z Servicing Acct FIS
Lockbox, 100 Grove Rd. Ste F-2
Paulsboro, NJ 08066
```

```
Opentable, Inc.
29109 Network Place
Chicago, IL 60673


Quirk & Quirk, LLC.
300 Century Springs West
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328


Sherwin Williams Company
c/o DeHann & Bach
25 Whitney Dr. Ste 106
Milford, OH 45150


Shields Engineering
409 John Wesley Dobbs Ave
#F
Atlanta, GA 30312


Stability Engineering
1376 Church St.
Decatur, GA 30030


SunTrust
7455 Chancellor Dr.
Orlando, FL 32809


Sysco Atlanta, LLC.
2225 Riverdale Rd
Atlanta, GA 30337


Vesta Holdings
1266 West Paces Ferry Rd
#517
Atlanta, GA 30303
```

```
Whaley Parts and Supply
Biehl & Biehl Inc
325 E. Fullerton Ave
Carol Stream, IL 60188
```